IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JAMES ALDRIDGE, RELATOR,
on behalf of UNITED STATES OF AMERICA     PLAINTIFF

V.     CIVIL ACTION NO. 1:16-CV-369 HTW-LRA

CORPORATE MANAGEMENT, INC., et al     DEFENDANTS

**ORDER**

BEFORE THIS COURT is Plaintiffs' motion for Partial Judgment as a Matter of Law. Plaintiffs have filed their motion pursuant to Rule 50 of the Federal Rules of Civil Procedure. By their motion, Plaintiffs contend that they are entitled to a judgment on the following three matters: (1) Julie Cain's compensation for consulting claimed and reimbursed by Medicare; (2) Julie Cain's director's fees claimed and reimbursed by Medicare; and (3) the reasonableness of Ted Cain's salary claimed and reimbursed by Medicare for the entire relevant period. The defense opposes all of these arguments.

This court is persuaded to submit these claims to the jury; therefore, this court hereby denies the Plaintiff's motion. Even so, the court reserves to itself the power to revisit this matter at a later date.

SO ORDERED AND ADJUDGED, this the 23rd day of February, 2020.

                                                 __s/ HENRY T. WINGATE_____
                                                 UNITED STATES DISTRICT COURT JUDGE