

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

James Aldridge, Relator
on behalf of United States
of America                                                    Plaintiff

v.                                                CIVIL ACTION
                                                  No. 1:16-CV-369-HTW-LRA

Corporate Management, Inc., et al.                            Defendants

## JURY VERDICT FORM

Plaintiffs (hereinafter referred to as the "United States") have the burden of proving their case by a preponderance of the evidence. Your verdict must be unanimous. Please place an "X' on the appropriate lines.

### Harold "Ted" Cain –Verdict

    **A. As to the False Claims Act**

        1. Did Defendant Ted Cain violate the False Claims Act?

            __X__ YES → Answer Questions 2, 3, and 4 below, then continue to Section "B"

            _____ NO → Skip Questions 2, 3, and 4; continue to Section "B"

        2. The United States contends that **each** Stone County Hospital annual Medicare cost report from 2004 through 2015 is a false claim (for a total of 12). How many false claims do you find were **submitted or caused to be submitted** to Medicare by Defendant Ted Cain? (Please write out the answer in a word and a corresponding number).

_12 ( twelve )_

3. What is the total monetary value of any false claim(s) listed in response to Question 2 above? List the false claim(s) and show the value of each and the total.

_10,855,382 (ten million, eight hundred fifty-five thousand, three hundred eighty-two) 2004 = 633,562 ; 2005 = 1,146,399; 2006 = 1,448,642 ; 2007 = 1,652,153 ; 2008 = 1,002,265; 2009 = 1,738,781 ; 2010 = 478,809 ; 2011 = 457,264 ; 2012 = 613,779 ; 2013 = 705,461 ; 2014 = 478,474 ; 2015 = 499,793_

4. For each false claim identified in question 3 above, please complete the chart below. The total damages amount for all categories should be equal to the amount listed in response to Question 3 above.

| Check if Applicable | Category | Cost Reporting Year(s) | Damages for Category by Cost Reporting Year(s) | Total damages For Each Category |
|---|---|---|---|---|
| ✓ | Ted Cain's salary reimbursed by Medicare | 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 | 2004 = 574,458 2005 = 1,071,701 2006 = 1,357,808 2007 = 1,569,965 2008 = 927,589 2009 = 1,653,765 2010 = 385,558 2011 = 359,377 2012 = 383,027 2013 = 439,733 2014 = 438,474 2015 = 458,097 | 2004 - 2015 = 9,619,552 |

| | | | | |
|---|---|---|---|---|
| ✓ | Julie Cain's salary reimbursed by Medicare | 2004<br>2005<br>2006<br>2007<br>2008<br>2009<br>2010<br>2011<br>2012 | 2004 = 59,104<br>2005 = 74,698<br>2006 = 90,834<br>2007 = 82,188<br>2008 = 74,676<br>2009 = 85,016<br>2010 = 93,251<br>2011 = 97,887<br>2012 = 46,800 | 2004 - 2012 =<br>704,454 |
| ✓ | Julie Cain's consulting, and director's fees reimbursed by Medicare | 2012<br>2013<br>2014<br>2015 | 2012 = 27,452<br>2013 = 40,362<br>2014 = 40,000<br>2015 = 41,696 | 2012 - 2015 =<br>149,510 |
| | BMW expenses reimbursed by Medicare | | | |
| ✓ | Self-Disallowances made by CMI to Medicaid but not to Medicare | 2012<br>2013 | 2012 = 156,500<br>2013 = 225,366 | 2012 - 2013 =<br>381,866 |
| | Over-allocation to Stone County Hospital of CMI's administrative (overhead) COSTS of services provided to Ted Cain's non-health care entities, when CMI provided administrative Services to those entities. | | | |
| | | | | **Total damages for All Categories**<br><br>10,855,382 |

As instructed by "Ted Cain A.1.," continue to Section "B" below:

### B. As to Unjust Enrichment

1. Do you find Defendant Ted Cain liable for unjust enrichment?

   ___X___ YES → Answer Questions 2 and 3 below, then continue to the section on Julie Cain

   _____ NO → Skip Questions 2 and 3; continue to the Section on Julie Cain

2. What is the total monetary value of Defendant Ted Cain's unjust enrichment? (Please write out the answer in a word and a corresponding number).

   *10,473,516 (ten million, four hundred seventy-three thousand, five hundred sixteen)*

3. Please check below the category or categories of damages which you included in the amount listed in response to Question 2 above. For each category checked, please indicate the total damages amount for that category. The total damages amount for all categories should be equal to the amount listed in response to Question 2 above.

| Check if Applicable | Category | Cost Reporting Year(s) | Damages for Category by Cost Reporting Year(s) | Total damages For Each Category |
|---|---|---|---|---|
| ✓ | Ted Cain's salary reimbursed by Medicare | 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 | 2004 = 574,458 2005 = 1,071,701 2006 = 1,357,808 2007 = 1,569,965 2008 = 927,589 2009 = 1,653,765 2010 = 385,558 2011 = 369,377 2012 = 383,027 2013 = 439,733 2014 = 438,474 2015 = 458,097 | 2004 - 2015 = 9,619,552 |
| ✓ | Julie Cain's salary reimbursed by Medicare | 2004 2005 2006 2007 2008 2009 2010 2011 2012 | 2004 = 59,104 2005 = 74,698 2006 = 90,834 . 2007 = 82,188 2008 = 74,676 2009 = 85,016 2010 = 93,251 2011 = 97,887 2012 = 46,800 | 2004 - 2012 = 704,454 |
| ✓ | Julie Cain's consulting, and director's fees reimbursed by Medicare | 2012 2013 2014 2015 | 2012 = 27,452 2013 = 40,362 2014 = 40,000 2015 = 41,696 | 2012 - 2015 = 149,510 |
| | BMW expenses reimbursed by Medicare | | | |

| | | | |
|---|---|---|---|
| | Self-Disallowances made by CMI to Medicaid but not to Medicare | | |
| | Over-allocation to Stone County Hospital of CMI's administrative (overhead) COSTS of services provided to Ted Cain's non-health care entities, when CMI provided administrative Services to those entities. | | |

**Total damages for All Categories**

*10,473,516*

As instructed by "Ted Cain B.1.," continue to the section on Julie Cain below:

## Julie Cain –Verdict

### A. As to the False Claims Act

1. Did Defendant Julie Cain violate the False Claims Act?

    __X__ YES → Answer Questions 2, 3, and 4 below, then continue to Section "B"

    _____ NO → Skip Questions 2, 3, and 4; continue to Section "B"

2. The United States contends that **each** Stone County Hospital annual Medicare cost report from 2004 through 2015 is a false claim (for a total of 12). How many false claims do you find were **submitted or caused to be submitted** to

Medicare by Defendant Julie Cain? (Please write out the answer in a word and a corresponding number).

_12 (twelve)_

See ATTACHED PAGE 1

3. What is the total monetary value of any false claim(s) listed in response to Question 2 above? List the false claim(s) and show the value of each and the total.

_9,137,212 (nine million, one hundred thirty-seven thousand, two hundred twelve.)_

4. For each false claim identified in question 3 above, please complete the chart below. The total damages amount for all categories should be equal to the amount listed in response to Question 3 above.

| Check if Applicable | Category | Cost Reporting Year(s) | Damages for Category by Cost Reporting Year(s) | Total damages For Each Category |
|---|---|---|---|---|
| ✓ | Ted Cain's salary reimbursed by Medicare | 2004 2005 2006 2007 2008 2009 2010 2011 2012 | 2004 = 574,458 2005 = 1,071,701 2006 = 1,357,808 2007 = 1,569,965 2008 = 927,589 2009 = 1,653,765 2010 = 385,558 2011 = 359,377 2012 = 383,027 | 2004 - 2012 = 8,283,248 |

p. 7   Julie Cain - Verdict

  A. As to the False Claims Act

    3. 2004 = 633,562 ; 2005 = 1,146,399 ; 2006 = 1,448,642;

      2007 = 1,652,153 ; 2008 = 1,002,265 ; 2009 = 1,738,781;

      2010 = 478,809 ; 2011 = 457,264 ; 2012 = 457,279 ;

      2013 = 40,362 ; 2014 = 40,000 ; 2015 = 41,696

| | | | |
|---|---|---|---|
| ✓ | Julie Cain's salary reimbursed by Medicare | 2004<br>2005<br>2006<br>2007<br>2008<br>2009<br>2010<br>2011<br>2012 | 2004 = 59,104<br>2005 = 74,698<br>2006 = 90,834<br>2007 = 82,188<br>2008 = 74,676<br>2009 = 85,016<br>2010 = 93,251<br>2011 = 97,887<br>2012 = 46,800 | 2004 - 2012 =<br>704,454 |
| ✓ | Julie Cain's consulting, and director's fees reimbursed by Medicare | 2012<br>2013<br>2014<br>2015 | 2012 = 27,452<br>2013 = 40,362<br>2014 = 40,000<br>2015 = 41,696 | 2012 - 2015 =<br>149,510 |
| | BMW expenses reimbursed by Medicare | | | |
| | Self-Disallowances made by CMI to Medicaid but not to Medicare | | | |
| | Over-allocation to Stone County Hospital of CMI's administrative (overhead) COSTS of services provided to Ted Cain's non-health care entities, when CMI provided administrative Services to those entities. | | | |
| | | | | **Total damages for All Categories**<br><br>9,137,212 |

As instructed by "Julie Cain A.1.," continue to Section "B" below:

**B.  As to Unjust Enrichment**

1.  Do you find Defendant Julie Cain liable for unjust enrichment?

   <u>  X  </u> YES → Answer Questions 2 and 3 below, then contine to the

   Section on Starann Lamier

   _____ NO → Skip Questions 2 and 3; continue to the section on Starann

   Lamier

2.  What is the total monetary value of Defendant Julie Cain's unjust enrichment?
    (Please write out the answer in a word and corresponding number).

   <u>10,473,516 (ten million, four hundred seventy-</u>
   <u>three thousand, five hundred sixteen)</u>

3.  Please check below the category or categories of damages which you included in the
    amount listed in response to Question 2 above. For each category checked, please
    indicate the total damages amount for that category. The total damages amount for all
    categories should be equal to the amount listed in response to Question 2 above.

| Check if Applicable | Category | Cost Reporting Year(s) | Damages for Category by Cost Reporting Year(s) | Total damages For Each Category |
|---|---|---|---|---|
| ✓ | Ted Cain's salary reimbursed by Medicare | 2004<br>2005<br>2006<br>2007<br>2008<br>2009<br>2010<br>2011<br>2012<br>2013<br>2014<br>2015 | 2004 = 574,458<br>2005 = 1,071,701<br>2006 = 1,357,808<br>2007 = 1,569,965<br>2008 = 927,589<br>2009 = 1,653,765<br>2010 = 385,558<br>2011 = 359,377<br>2012 = 383,027<br>2013 = 439,733<br>2014 = 438,474<br>2015 = 458,097 | 2004 - 2015 = 9,619,552 |
| ✓ | Julie Cain's salary reimbursed by Medicare | 2004<br>2005<br>2006<br>2007<br>2008<br>2009<br>2010<br>2011<br>2012 | 2004 = 59,104<br>2005 = 74,698<br>2006 = 90,834<br>2007 = 82,188<br>2008 = 74,676<br>2009 = 85,016<br>2010 = 93,251<br>2011 = 97,887<br>2012 = 46,800 | 2004 - 2012 = 704,454 |
| ✓ | Julie Cain's consulting, and director's fees reimbursed by Medicare | 2012<br>2013<br>2014<br>2015 | 2012 = 27,452<br>2013 = 40,362<br>2014 = 40,000<br>2015 = 41,696 | 2012 - 2015 = 149,510 |
| | BMW expenses reimbursed by Medicare | | | |

| | | | |
|---|---|---|---|
| | Self-Disallowances made by CMI to Medicaid but not to Medicare | | | |
| | Over-allocation to Stone County Hospital of CMI's administrative (overhead) COSTS of services provided to Ted Cain's non-health care entities, when CMI provided administrative Services to those entities. | | | |

**Total damages for All Categories**

*10,473,516*

As instructed by "Julie Cain B.1.", continue to the Section on Starann Lamier below:

## Starann Lamier – Verdict

### A. As to the False Claims Act

1. Did Defendant Starann Lamier violate the False Claims Act?

_____ YES → Answer Questions 2, 3, and 4 below, then continue to Section on Tommy Kuluz

__X__ NO → Skip Questions 2, 3, and 4; continue to Section on Tommy Kuluz

2. The United States contends that **each** Stone County Hospital annual Medicare cost report from 2004 through 2015 is a false claim (for a total of 12). How

many false claims do you find were **submitted or caused to be submitted** to
Medicare by Defendant Starann Lamier? (Please write out the answer in a
word and a corresponding number).

_____

_____

3.  What is the total monetary value of any false claim(s) listed in response to
    Question 2 above? List the false claim(s) and show the value of each and the
    total

_____

_____

4.  For each false claim identified in question 3 above, please complete the chart
    below. The total damages amount for all categories should be equal to the
    amount listed in response to Question 3 above.

| Check if Applicable | Category | Cost Reporting Year(s) | Damages for Category by Cost Reporting Year(s) | Total damages For Each Category |
|---|---|---|---|---|
| | Ted Cain's salary reimbursed by Medicare | | | |

| | | | | |
|---|---|---|---|---|
| | Julie Cain's salary reimbursed by Medicare | | | |
| | Julie Cain's consulting, and director's fees reimbursed by Medicare | | | |
| | BMW expenses reimbursed by Medicare | | | |
| | Self-Disallowances made by CMI to Medicaid but not to Medicare | | | |
| | Over-allocation to Stone County Hospital of CMI's administrative (overhead) COSTS of services provided to Ted Cain's non-health care entities, when CMI provided administrative Services to those entities. | | | |
| | | | | **Total damages for All Categories** |

As instructed by "Starann Lamier A.1.," continue to the Section on Tommy Kuluz below:

## Tommy Kuluz –Verdict

### A. As to the False Claims Act

1. Did Defendant Tommy Kuluz violate the False Claims Act?

   __X__ YES → Answer Questions 2, 3, and 4 below, then continue to the Section on Corporate Management, Inc. (CMI)

   _____ NO → Skip Questions 2, 3, and 4; continue to the Section on Corporate Management, Inc. (CMI)

2. The United States contends that **each** Stone County Hospital annual Medicare cost report from 2004 through 2015 is a false claim (for a total of 12). How many false claims do you find were **submitted or caused to be submitted** to Medicare by Defendant Tommy Kuluz? (Please write out the answer in a word and a corresponding number).

   __11 (eleven)__

3. What is the total monetary value of any false claim(s) listed in response to Question 2 above? List the false claim(s) and show the value of each and the total.

   __9,853,117 (nine million, eight hundred fifty-five thousand, one hundred seventeen)__

SEE ATTACHED PAGE 2

p. 14  Tommy Kuluz - Verdict
    A. As to the False Claims Act
      3. 2004 = 633,562 ; 2005 = 1,146,399 ; 2006 = 1,448,642;
        2007 = 1,652,153 ; 2009 = 1,738,781 ; 2010 = 478,809 ;
        2011 = 457,264 ; 2012 = 613,779 ; 2013 = 705,461;
        2014 = 478,474 ;  2015 = 499,793

4.  For each false claim identified in question 3 above, please complete the chart
    below. The total damages amount for all categories should be equal to the
    amount listed in response to Question 3 above.

| Check if Applicable | Category | Cost Reporting Year(s) | Damages for Category by Cost Reporting Year(s) | Total damages For Each Category |
|---|---|---|---|---|
| ✓ | Ted Cain's salary reimbursed by Medicare | 2004 2005 2006 2007 2009 2010 2011 2012 2013 2014 2015 | 2004 = 574,458 2005 = 1,071,701 2006 = 1,357,808 2007 = 1,569,965 2009 = 1,653,765 2010 = 385,558 2011 = 359,377 2012 = 383,027 2013 = 439,733 2014 = 438,474 2015 = 458,097 | 2004 - 2015 = 8,691,963 |
| ✓ | Julie Cain's salary reimbursed by Medicare | 2004 2005 2006 2007 2009 2010 2011 2012 | 2004 = 59,104 2005 = 74,698 2006 = 90,834 2007 = 82,188 2009 = 85,016 2010 = 93,251 2011 = 97,887 2012 = 46,800 | 2004 - 2012 = 629,778 |
| ✓ | Julie Cain's consulting, and director's fees reimbursed by Medicare | 2012 2013 2014 2015 | 2012 = 27,452 2013 = 40,362 2014 = 40,000 2015 = 41,696 | 2012 - 2015 = 149,510 |

Judge Henry T. Wingate
James Aldridge v.
Corporate Management, Inc, et al
Civil Action No. 1:16 CV 369
                    HTW        HTW0-LRA
12th March 2020

p.15 Tommy Kulu - Verdict

A. As to the False Claims Act

4. Total damages For Each Category

The original verdict form reads
"2004 - 2015 = 8,691,963"
under the category "Ted Cain's
salary reimbursed by Medicare."
This box should read as follows:
"2004 - 2007 + 2009 - 2015 = 8,691,963"

Additionally, the original verdict
form reads:
"2004 - 2012 = 629,778"
under the category "Julie Cain's
salary reimbursed by Medicare."
This box should read as follows:
"2004 - 2007 + 2009 - 2012 = 629,778"

SO SAY WE ALL:

Date: 12 March 2020

Gulfport, Mississippi

| | | | | |
|---|---|---|---|---|
| | BMW expenses reimbursed by Medicare | | | |
| ✓ | Self-Disallowances made by CMI to Medicaid but not to Medicare | 2012 2013 | 2012 = 156,500 2013 = 225,366 | 2012 - 2013 = 381,866 |
| | Over-allocation to Stone County Hospital of CMI's administrative (overhead) COSTS of services provided to Ted Cain's non-health care entities, when CMI provided administrative Services to those entities. | | | |

| **Total damages for All Categories** |
|---|
| 9,853,117 |

As instructed by "Tommy Kuluz A.1.," continue to the Section on Corporate Management, Inc. (CMI) below:

## Corporate Management Inc. (CMI) –Verdict

**A. As to the False Claims Act**

1. Did Defendant Corporate Management Inc. (CMI) violate the False Claims Act?

_____X_____ YES → Answer Questions 2, 3, and 4 below, then continue to

Section "B"

_____ NO → Skip Questions 2, 3, and 4; continue to Section "B"

2.  The United States contends that **each** Stone County Hospital annual Medicare

cost report from 2004 through 2015 is a false claim (for a total of 12).  How

many false claims do you find were **submitted or caused to be submitted** to

Medicare by Defendant Corporate Management Inc. (CMI)? (Please write out

the answer in a word and a corresponding number).

_12 (twelve)_

3.  What is the total monetary value of any false claim(s) listed in response to

Question 2 above?  List the false claim(s) and show the value of each and the

total.

_10,855,382 (ten million, eight hundred fifty-five_
_thousand, three hundred eighty-two)_

4.  For each false claim identified in question 3 above, please complete the chart

below. The total damages amount for all categories should be equal to the amount

listed in response to Question 3 above.

See ATTACHED PAGE 3

p.17 _Corporate Management Inc. (CMI) - Verdict_

A. As to the False Claims Act

    3. 2004 = 633,562 ; 2005 = 1,146,399 ;

      2006 = 1,448,642 ; 2007 = 1,652,153 ;

      2008 = 1,002,265 ; 2009 = 1,738,781 ;

      2010 = 478,809 ; 2011 = 457,264 ;

      2012 = 613,779 ; 2013 = 705,461 ;

      2014 = 478,474 ; 2015 = 499,793

| Check if Applicable | Category | Cost Reporting Year(s) | Damages for Category by Cost Reporting Year(s) | Total damages For Each Category |
|---|---|---|---|---|
| ✓ | Ted Cain's salary reimbursed by Medicare | 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 | 2004 = 574,458 2005 = 1,071,701 2006 = 1,357,808 2007 = 1,569,965 2008 = 927,589 2009 = 1,653,765 2010 = 385,558 2011 = 359,377 2012 = 383,027 2013 = 439,733 2014 = 438,474 2015 = 458,097 | 2004 - 2015 = 9,619,552 |
| ✓ | Julie Cain's salary reimbursed by Medicare | 2004 2005 2006 2007 2008 2009 2010 2011 2012 | 2004 = 59,104 2005 = 74,698 2006 = 90,834 2007 = 82,188 2008 = 74,676 2009 = 85,016 2010 = 93,251 2011 = 97,887 2012 = 46,800 | 2004 - 2012 = 704,454 |
| ✓ | Julie Cain's consulting, and director's fees reimbursed by Medicare | 2012 2013 2014 2015 | 2012 = 27,452 2013 = 40,362 2014 = 40,000 2015 = 41,696 | 2012 - 2015 = 149,510 |
| | BMW expenses reimbursed by Medicare | | | |

| | | | |
|---|---|---|---|
| ✓ | Self-Disallowances made by CMI to Medicaid but not to Medicare | *2012* *2013* | *2012 = 156,500* *2013 = 225,366* | *2012 - 2013 = 381,866* |
| | Over-allocation to Stone County Hospital of CMI's administrative (overhead) COSTS of services provided to Ted Cain's non-health care entities, when CMI provided administrative Services to those entities. | | | |

**Total damages for All Categories**

*10,855,382*

As instructed by "Corporate Management (CMI) A.1.," continue to Section "B" below:

**B.  As to Unjust Enrichment**

1. Do you find Defendant Corporate Management Inc. (CMI) liable for unjust enrichment?

    __*X*__  YES → Answer Questions 2 and 3 below, then continue to the Section on Stone County Hospital (SCH)

    _____  NO → Skip Questions 2 and 3; continue to the Section on Stone County Hospital (SCH)

2. What is the total monetary value of Defendant Corporate Management Inc.'s (CMI) unjust enrichment? (Please write out the answer in a word and a corresponding number).

_381,866 (three hundred eighty-one thousand, eight hundred sixty-six)_

3. Please check below the category or categories of damages which you included in the amount listed in response to Question 2 above. For each category checked, please indicate the total damages amount for that category. The total damages amount for all categories should be equal to the amount listed in response to Question 2 above.

| Check if Applicable | Category | Cost Reporting Year(s) | Damages for Category by Cost Reporting Year(s) | Total damages For Each Category |
|---|---|---|---|---|
| | Ted Cain's salary reimbursed by Medicare | | | |

| | | | |
|---|---|---|---|
| | Julie Cain's salary reimbursed by Medicare | | | |
| | Julie Cain's consulting, and director's fees reimbursed by Medicare | | | |
| | BMW expenses reimbursed by Medicare | | | |
| ✓ | Self-Disallowances made by CMI to Medicaid but not to Medicare | 2012 2013 | 2012 = 156,500 2013 = 225,366 | 2012 - 2013 = 381,866 |
| | Over-allocation to Stone County Hospital of CMI's administrative (overhead) COSTS of services provided to Ted Cain's non-health care entities, when CMI provided administrative Services to those entities. | | | |
| | | | | **Total damages for All Categories** 381,866 |

As instructed by "Corporate Management Inc., (CMI) B.1.," continue to the Section on Stone County Hospital (SCH) below:

**Stone County Hospital (SCH) –Verdict**

**A.  As to the False Claims Act**

    1.  Did Defendant Stone County Hospital (SCH) violate the False Claims Act?

        __X__ YES → Answer Questions 2, 3, and 4 below, then continue to Section "B"

        _____ NO → Skip Questions 2, 3, and 4; continue to Section "B"

    2.  The United States contends that **each** Stone County Hospital annual Medicare cost report from 2004 through 2015 is a false claim (for a total of 12).  How many false claims do you find were **submitted or caused to be submitted** to Medicare by Defendant Stone County Hospital (SCH)? (Please write out the answer in a word and a corresponding number).

    __12 (twelve)__

    _____

    3.  What is the total monetary value of any false claim(s) listed in response to Question 2 above? List the false claim(s) and the value of each and the total.

    __10,473,516 (ten million, four hundred__
    __seventy-three thousand, five hundred sixteen)__

    4.  For each false claim identified in question 3 above, please complete the chart below. The total damages amount for all categories should be equal to the amount listed in response to Question 3 above.

see ATTACHED PAGE 4

p.22   Stone County Hospital (SCH) - Verdict.
   A. As to the False Claims Act
      3. 2004 = 633,562 ; 2005 = 1,146,399 ;
         2006 = 1,448,642 ; 2007 = 1,652,153 ;
         2008 = 1,002,265 ; 2009 = 1,738,781 ;
         2010 = 478,809 ; 2011 = 457,264 ; 2012 = 457,279 ;
         2013 = 480,095 ; 2014 - 478,474 ;
         2015 = 499,793

| Check if Applicable | Category | Cost Reporting Year(s) | Damages for Category by Cost Reporting Year(s) | Total damages For Each Category |
|---|---|---|---|---|
| ✓ | Ted Cain's salary reimbursed by Medicare | 2004<br>2005<br>2006<br>2007<br>2008<br>2009<br>2010<br>2011<br>2012<br>2013<br>2014<br>2015 | 2004 = 574,458<br>2005 = 1,071,701<br>2006 = 1,357,808<br>2007 = 1,569,965<br>2008 = 927,589<br>2009 = 1,653,765<br>2010 = 385,558<br>2011 = 359,377<br>2012 = 383,027<br>2013 = 439,733<br>2014 = 438,474<br>2015 = 458,097 | 2004 - 2015 = 9,619,552 |
| ✓ | Julie Cain's salary reimbursed by Medicare | 2004<br>2005<br>2006<br>2007<br>2008<br>2009<br>2010<br>2011<br>2012 | 2004 = 59,104<br>2005 = 74,698<br>2006 = 90,834<br>2007 = 82,188<br>2008 = 74,676<br>2009 = 85,016<br>2010 = 93,251<br>2011 = 97,887<br>2012 = 46,800 | 2004 - 2012 = 704,454 |
| ✓ | Julie Cain's consulting, and director's fees reimbursed by Medicare | 2012<br>2013<br>2014<br>2015 | 2012 = 27,452<br>2013 = 40,362<br>2014 = 40,000<br>2015 = 41,696 | 2012 - 2015 = 149,510 |

| | | | |
|---|---|---|---|
| | BMW expenses reimbursed by Medicare | | | |
| | Self-Disallowances made by CMI to Medicaid but not to Medicare | | | |
| | Over-allocation to Stone County Hospital of CMI's administrative (overhead) COSTS of services provided to Ted Cain's non-health care entities, when CMI provided administrative Services to those entities. | | | |
| | | | **Total damages for All Categories** |
| | | | | *10,473,516* |

As instructed by" Stone County Hospital A.1.," continue to Section "B" below:

**B. As to Unjust Enrichment**

1. Do you find Defendant Stone County Hospital liable for unjust enrichment?

    _____ YES → Answer Questions 2 and 3 below, then continue to

    Section "C"

    ___X___ NO → Skip Questions 2 and 3; continue to Section "C"

2. What is the total monetary value of Defendant Stone County Hospital's unjust

    enrichment? (Please write out the answer in a word and a corresponding number).

_____

_____

3.  Please check below the category or categories of damages which you included in the amount listed in response to Question 2 above. For each category checked, please indicate the total damages amount for that category. The total damages amount for all categories should be equal to the amount listed in response to Question 2 above.

| Check if Applicable | Category | Cost Reporting Year(s) | Damages for Category by Cost Reporting Year(s) | Total damages For Each Category |
|---|---|---|---|---|
| | Ted Cain's salary reimbursed by Medicare | | | |
| | Julie Cain's salary reimbursed by Medicare | | | |

| | | | |
|---|---|---|---|
| | Julie Cain's consulting, and director's fees reimbursed by Medicare | | |
| | BMW expenses reimbursed by Medicare | | |
| | Self-Disallowances made by CMI to Medicaid but not to Medicare | | |
| | Over-allocation to Stone County Hospital of CMI's administrative (overhead) COSTS of services provided to Ted Cain's non-health care entities, when CMI provided administrative Services to those entities. | | |
| | | | **Total damages for All Categories** |
| | | | |

As instructed by "Stone County Hospital (SCH) B.1.," continue to Section "C" below:

**C.  As to Payment by Mistake of Fact**

1. Do you find that Medicare paid Defendant Stone County Hospital based on a mistake of fact?

_____X_____ YES → Answer Question 2 below

_____ NO → Skip Question 2

2. If yes, what is the total monetary value of the payment(s) Medicare made based

   on a mistake of fact? Please indicate the cost report years and the amounts.

   (Please write out the answer in word(s) and number(s)).

   10,473,516 (ten million, four hundred seventy-three
   thousand, five hundred sixteen)
   2004 = 633,562 ;  2005 = 1,146,399; 2006 = 1,448,642;
   2007 = 1,652,153; 2008 = 1,002,265 ; 2009 = 1,738,781;
   2010 = 478,809 ; 2011 = 457,264 ; 2012 = 457,279 ;
   2013 = 480,095 ; 2014 = 478,474 ; 2015 = 499,793

The Jury Foreperson should date and sign the Form below.   All other jurors should also

sign the Form.

**SO SAY WE ALL:**

Date: _11 March 2020_
Gulfport, Mississippi