UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| JAMES ALRIDGE, RELATOR, on behalf of UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION NO. 1:16-cv-369-HTW-LGI |
| CORPORATE MANAGEMENT, INC., et al., | Related Cases: 1:20-CV-321–HTW–MTP (consolidated) 1:22-CV-11-HTW-BWR (consolidated) |
| Defendants. | |

## ORDER COMPELLING JULIE P. CAIN

THIS MATTER COMES before the Court upon the Receiver's ore tenus request for an order compelling cooperation from Julie P. Cain. The request is well taken and should be granted.

Derek A. Henderson is the duly appointed Receiver of the Cain Entities[1] including Julie P. Cain. The Court has entered two (2) Orders related to the Receiver - (i) Order Appointing Derek A. Henderson as Receiver was entered by the Court on July 25, 2023 (Docket No. 675) and (ii) Order Regarding Receiver Powers and Other Relief entered by the Court on August 16, 2023 (Docket No. 685). Upon the Receiver's request, the Court held a status conference on October 31, 2023. At the status conference it was disclosed that the Receiver had not met with

---

[1] The "Cain Entities" shall include, but not necessarily limited to, Harold T. (Ted) Cain, Julie P. Cain; HTC Enterprises, LLC; HTC Elite, L.P. doing business as MxV; Evan Trace Cain GST Trust; Logan Patrick Cain GST Trust; and Lucinda K. Sloan, in her capacity as trustee; Woodland Village Nursing Center, LLC; Diamond Head Nursing Facility, LLC; Wiggins Nursing Home, LLC; Stone County Nursing and Rehabilitation Center, Inc; Leakesville Rehabilitation & Nursing Center, Inc.; Quest Pharmacy, Inc.; Focus Group, Inc.; Melody Manor Convalescent Center, Inc.; Harrison County Commercial Lot, LLC; West Pine Avenue Property, LLC; George County Commercial Lot, LLC; Cain Cattle Company, Inc.; Wiggins Acute Care Hospital, LLC; Poplarville Office Building, LLC; HR Properties, LLC; East Pine Avenue Property, LLC; River Lots, LLC; Diamondhead Commercial Land, LLC; Highway 49 Commercial Property, LLC; Stone County Commercial Lot, LLC; H & J Ranch, LLC; Wiggins Farm Property, LLC; Intrinsic Media, LLC; HTC Healthcare, LLC; HTC Elite LP II; Corporate Management Inc. (CMI); Stone County Hospital.

Page 1

Julie P. Cain or been provided her financial information. The Receiver made a request for the Court's assistance. The Court hereby grants the Receiver's request.

THEREFORE, IT IS ORDERED as follows:

A) The Receiver's request is hereby granted;

B) Within fourteen (14) days of the date of this Order, Julie P. Cain is ordered and compelled to appear in person for a recorded conference with the Receiver at a location designated by the Receiver ("Receiver Conference");

C) At the Receiver Conference, Julie P. Cain is ordered and compelled to provide financial information and supporting documents regarding all applicable items listed on the attached Exhibit "A"; and

D) At the Receiver Conference, Julie P. Cain is ordered and compelled to provide information regarding her current employment, compensation, and a list of her duties and obligations of said employment.

IT IS FURTHER ORDERED that nothing contained in this Order prevents Julie P. Cain from asserting her 5th Amendment Rights against self-incrimination during the Receiver Conference.

SO ORDERED, this the 8th day of December, 2023.

/s/HENRY T. WINGATE
Honorable Henry T. Wingate
U.S. District Court Judge

Submitted by:

/s/Derek A. Henderson
Derek A. Henderson, MS Bar #2260
Receiver and Attorney for Receiver
1765-A Lelia Drive, Suite 103
Jackson, Mississippi 39216
(601) 948-3167
derek@derekhendersonlaw.com

## EXHIBIT "A"

### Real Property

Description & Location of Property:

Nature of Interest in Property:

Current Market Value of Interest:

Amount of Secured Claim:

### Personal Property

1. Cash on Hand.

2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.

3. Security deposits with public utilities, telephone companies, landlords, and others.

4. Household goods and furnishings, including audio, video, and computer equipment.

5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.

6. Wearing Apparel.

7. Furs and jewelry.

8. Firearms and sports, photographic, and other hobby equipment.

9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each.

10. Annuities. Itemize and name each issuer.

11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize.

12. Stock and interests in incorporated and unincorporated businesses. Itemize.

13. Interests in partnerships or joint ventures. Itemize.

14. Government and corporate bonds and other negotiable and nonnegotiable instruments.

15. Accounts receivable.

16. Alimony, maintenance, support, and property settlements to which you are or may be entitled. Give particulars.

17. Other liquidated debts owing you including tax refunds. Give particulars.

18. Equitable or future interests, life estates, and rights or powers exercisable for your benefit other than those listed under real property.

19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust.

20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims, and rights to setoff claims. Give estimated value of each.

21. Patents, copyrights, and other intellectual property. Give particulars.

22. Licenses, franchises, and other general intangibles. Give particulars.

23. Automobiles, trucks, trailers, and other vehicles and accessories.

24. Boats, motors, and accessories.

25. Aircraft and accessories.

26. Office equipment, furnishings, and supplies.

27. Machinery, fixtures, equipment, and supplies used in business.

28. Inventory.

29. Animals.

30. Crops - growing or harvested. Give particulars.

31. Farming equipment and implements.

32. Farm supplies, chemicals, and feed.

33. Other personal property of any kind not already listed.

34. Pay stubs from the past twenty-four (24) months.

35. W-2 Forms or 1099 Forms issued to you since January 2022.

36. Last two filed tax returns.

37. Bank statements since January 2022 to date on any bank account in your name or in which you have any access to funds or in which you have deposited funds.

38. Bank statements since January 2022 to date on any certificate of deposit or other similar account in your name or in which you have any access to funds or in which you have deposited funds.

39. Bank statements since January 2022 to date on any investment account or other similar account in your name or in which you have any access to funds or in which you have deposited funds.

40. Bank statements since January 2022 to date on any retirement account or other similar account in your name or in which you have any access to funds or in which you have deposited funds.

41. All property, real or personal, that has been transferred, conveyed or sold since January 2019.

42. Safe deposit or other box or depository which you had within the past five (5) years.

43. All property owned by another person that you hold or control.