## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| JAMES ALRIDGE, RELATOR, on behalf of UNITED STATES OF AMERICA, | ) ) ) ) |
| Plaintiff, | ) ) ) ) | 
| | CIVIL ACTION NO. 1:16-cv-369-HTW-LGI (FCA Action) |
| CORPORATE MANAGEMENT, INC., et al., | ) ) ) ) |
| | Related Cases: 1:20-CV-321–HTW–MTP (consolidated) 1:22-CV-11-HTW-BWR (consolidated) |
| Defendants. | ) |

### ORDER DISMISSING CORRECTED MOTION
### TO ENFORCE RELATOR'S SHARE

THIS MATTER COMES before the Court upon:

Corrected Motion to Enforce Relator's Share of Proceeds and to Amend Receivership Order to Permit Liquidation of Judgment Debtors' Assets filed by James Aldridge (Docket No. 736)

Receiver's Response to Corrected Motion to Enforce Relator's Share of Proceeds and to Amend Receivership Order to Permit Liquidation of Judgment Debtors' Assets (Docket No. 741)

USA's Response to Corrected Motion to Enforce Relator's Share of Proceeds and to Amend Receivership Order to Permit Liquidation of Judgment Debtors' Assets (Docket No. 748)

Defendants' Response to Corrected Motion to Enforce Relator's Share of Proceeds and to Amend Receivership Order to Permit Liquidation of Judgment Debtors' Assets (Docket No. 750)

These matters are moot.

THEREFORE, IT IS ORDERED that the following pleadings are hereby dismissed as moot:

a)   Corrected Motion to Enforce Relator's Share of Proceeds and to Amend Receivership Order to Permit Liquidation of Judgment Debtors' Assets filed by James Aldridge (Docket No. 736)

b) Receiver's Response to Corrected Motion to Enforce Relator's Share of Proceeds and to Amend Receivership Order to Permit Liquidation of Judgment Debtors' Assets (Docket No. 741)

c) USA's Response to Corrected Motion to Enforce Relator's Share of Proceeds and to Amend Receivership Order to Permit Liquidation of Judgment Debtors' Assets (Docket No. 748)

d) Defendants' Response to Corrected Motion to Enforce Relator's Share of Proceeds and to Amend Receivership Order to Permit Liquidation of Judgment Debtors' Assets (Docket No. 750)

SO ORDERED, this the 13th day of June, 2024.

_____
Honorable Henry T. Wingate
U.S. District Judge

Agreed to by:

/s/Derek A. Henderson
Derek A. Henderson, MS Bar #2260
Receiver and Attorney for Receiver
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com

/s/Elspeth A. England
Elspeth A. England, VA Bar #82078
Trial Attorney
U. S. Department of Justice
Civil Division
Commercial Litigation Branch
Fraud Section
175 N St. NE, Rm. 9.1324
Washington, DC 20002
(202) 514-8746
Elspeth.A.England@usdoj.gov

/s/William Lee Guice, III
William Lee Guice, III, MSB #5059
Attorney for Defendants
Rushing & Guice, PLLC
PO Box 1925
Biloxi, MS 39533-1925
(228) 374-2313
bguice@rushingguice.com

/s/John F. Hawkins
John F. Hawkins, MS Bar #9556
Attorney for James Aldridge
Hawkins Law, PC
P. O. Box 24627
Jackson, MS 39225-4627
(601) 969-9692
john@hgattorneys.com