UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| JAMES ALRIDGE, RELATOR, on behalf of UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CORPORATE MANAGEMENT, INC., et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:16-cv-369-HTW-LGI (FCA Action)<br><br>Related Cases:<br>1:20-CV-321–HTW–MTP (consolidated)<br>1:22-CV-11-HTW-BWR (consolidated) |

**AGREED ORDER FOR RESOLUTION AND DISMISSAL OF RECEIVER'S MOTION FOR THE COURT TO PROVIDE GUIDANCE AND TO APPROVE RESOLUTION REGARDING NURSING CENTER**

THIS MATTER COMES before the Court upon Receiver's Request for Resolution and Dismissal of Receiver's Motion for the Court to Provide Guidance and to Approve Resolution Regarding Nursing Center (Docket No. 787). The parties have resolved the Request pursuant to the terms and provisions of this Order. The Court finds as follows:

1.

Pending before the Court are the following:

a) Receiver's Motion for the Court to Provide Guidance and to Approve Resolution Regarding Nursing Center (Docket No. 744)

b) Defendants' Response to Receiver's Motion for the Court to Provide Guidance and to Approve Resolution Regarding Nursing Center (Docket No. 751)

c) USA's Response to Receiver's Motion for the Court to Provide Guidance and to Approve Resolution Regarding Nursing Center (Docket No. 752)

d) Relator's Response to Receiver's Motion for the Court to Provide Guidance and to Approve Resolution Regarding Nursing Center (Docket No. 754)

e)   Intervention by Memorial Hospital at Gulfport (Docket No. 760)

These matters were taken under advisement by the Court.

2.

On April 25, 2024, a loan was closed that allowed for payment to the USA. Thus, with the USA Judgment satisfied, the fraudulent transfer suits may be dismissed.

3.

As part of the loan transaction, the lease of Memorial Hospital of Gulfport ("Memorial") was assigned to the lender. Memorial executed a Subordination, Non-Disturbance and Attornment Agreement with the lender and Diamondhead Nursing Facility, LLC and as consideration for Memorial signing said Agreement, Harold T. Cain and Memorial also executed that certain Acknowledgment and Agreement.

4.

The issues submitted to the Court during consideration of the above referenced pleadings may now be moot.

5.

On May 13, 2024, the Receiver filed a Request for Resolution and Dismissal of Receiver's Motion for the Court to Provide Guidance and to Approve Resolution Regarding Nursing Center (Docket No. 787). The parties have resolved the matters.

THEREFORE, IT IS AGREED AND ORDERED as follows:

1)   The Receiver's Request for Resolution and Dismissal of Receiver's Motion for the Court to Provide Guidance and to Approve Resolution Regarding Nursing Center (Docket No. 787) is granted.

2)   The following pleadings are dismissed as moot:

    a)    Receiver's Motion for the Court to Provide Guidance and to Approve Resolution Regarding Nursing Center (Docket No. 744)

    b)    Defendants' Response to Receiver's Motion for the Court to Provide Guidance and to Approve Resolution Regarding Nursing Center (Docket No. 751)

    c)    USA's Response to Receiver's Motion for the Court to Provide Guidance and to Approve Resolution Regarding Nursing Center (Docket No. 752)

    d)    Relator's Response to Receiver's Motion for the Court to Provide Guidance and to Approve Resolution Regarding Nursing Center (Docket No. 754)

    e)    Intervention by Memorial Hospital at Gulfport (Docket No. 760)

3)    This Order is not and is not intended to be an adjudication of any rights or issues.

SO ORDERED, this the _13_ day of June [HTW], 2024.

_____
Honorable Henry T. Wingate
U.S. District Judge

Agreed to by:

/s/Derek A. Henderson
Derek A. Henderson, MS Bar #2260
Receiver and Attorney for Receiver
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com

/s/William Lee Guice, III
William Lee Guice, III, MSB #5059
Attorney for Defendants
Rushing & Guice, PLLC
PO Box 1925
Biloxi, MS 39533-1925
(228) 374-2313
bguice@rushingguice.com

/s/Elspeth A. England
Elspeth A. England, VA Bar #82078
Trial Attorney
U. S. Department of Justice
Civil Division
Commercial Litigation Branch
Fraud Section

/s/Thomas L. Kirkland, Jr.
Thomas L. Kirkland, Jr., MSB #4181
Attorney for Memorial Hospital
Butler Snow, LLP
Post Office Box 6010
Ridgeland, MS 39158-6010
(601) 948-5711

175 N St. NE, Rm. 9.1324  
Washington, DC 20002  
(202) 514-8746  
Elspeth.A.England@usdoj.gov

tom.kirkland@butlersnow.com

/s/John F. Hawkins  
John F. Hawkins, MS Bar #9556  
Attorney for James Aldridge  
Hawkins Law, PC  
P. O. Box 24627  
Jackson, MS 39225-4627  
(601) 969-9692  
john@hgattorneys.com