**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| JAMES ALDRIDGE, RELATOR ON | ) | |
| BEHALF OF UNITED STATES OF AMERICA | ) | |
| | ) | |
| PLAINTIFF, | ) | CIVIL ACTION NO. |
| | ) | 1:16-cv-00369-HTW-LGI |
| VERSUS | ) | |
| | ) | |
| CORPORATE MANAGEMENT, INC., et al., | ) | Related Cases: |
| | ) | 1:20-cv-00321-HTW-MTP (consolidated) |
| DEFENDANTS. | ) | 1:22-cv-00011-HTW-BWR (consolidated) |

**<u>ORDER</u>**

THIS CAUSE having come on for hearing before the Court on Receiver's Request for Resolution of Payment of Professional Fees and Expenses [785] on June 13, 2024, and the parties having agreed and consented to the resolution of this matter as to the payment of fees to Rushing & Guice, P.L.L.C. and the Court having determined that an additional hearing would be required regarding determination of payment of fees and expenses owed to Ronald Musgrove, Esq. and to Ashley Forensic Corp., and the Court having heard arguments and positions of counsel herein and the position of H. Ted Cain regarding payment of same, and having considered the relevant pleadings related thereto; it is hereby,

ORDERED AND ADJUDGED that Receiver's Request for Resolution of Payment of Professional Fees and Expenses is hereby granted in part and held over in part as to the remaining unresolved issues as follows:

1.      Rushing & Guice, P.L.L.C. shall be paid the amount of $528,498.97 owed to Rushing & Guice, P.L.L.C. for professional fees and services rendered to the Defendants and to other H. Ted Cain entities up to and through May 4, 2024;

2.      Rushing & Guice, P.L.L.C. shall be authorized to take and apply the amount of $49,000.00, currently being held in trust by Rushing & Guice, P.L.L.C., towards payment of the sum of $528,498.97;

3.      The remaining balance of $479,498.97 shall be paid by H. Ted Cain, or the H. Ted Cain Entities by check made payable to Rushing & Guice, P.L.L.C. and hand-delivered to the office of Rushing & Guice, P.L.L.C. within three days of the date this order;

4.      Upon making said payment, H. Ted Cain shall immediately report this payment to the Receiver along with information regarding the account being used, that being an account not subject to a freeze; and

5.      This matter, insofar as it relates to payment of funds allegedly owed to Musgrove/Smith Law and to Ashley Forensics Corp. c/o Musgrove/Smith Law shall be held over by the Court to be heard on a future date to be determined by the Court so that Mr. Musgrove may present his claim for payment of amounts owed to him and/or his firm and to Ashley Forensics Corp. and so that any objections to payment of same may also be presented for the Court's consideration.

SO ORDERED, this the 24th day of June, 2024.


/s/HENRY T. WINGATE
Honorable Henry T. Wingate
U.S. District Judge

APPROVED AND AGREED:


s/William Lee Guice, III
William Lee Guice III, MSB #5059
R. Scott Wells, MSB #9456
Maria Martinez, MSB #9951
P.O. BOX 1925
BILOX, MS 39533
(T) 228-374-2313
(F) 228-875-5987
bguice@rushingguice.com
swells@rushingguice.com
mmartinez@rushingguice.com

s/Elspeth A. England
Elspeth A. England, VAB #82078
A. Thomas Morris
Angela G. Williams
U.S. Department of Justice
Civil Division
Commercial Litigation Branch Fraud Section
VA Bar No. 82078
175 N. St. NE, Rm 9.1324
Washington, DC 2002
Telephone: (202) 514-8746
Elspeth.A.England@usdoj.gov
A.Thomas.Morris@usdoj.gov
Angela.Williams3@usdoj.gov


s/John F. Hawkins
John F. Hawkins, MSB #9556
Hawkins Law, PC
226 North President Street
Jackson, MS 39201
(601) 914-3580
john@hgattorneys.com

s/Derek A. Henderson
Derek A. Henderson, MSB #2260
1765-A Lelia Drive, Suite 103
Jackson, MS  39216
(601) 948-3167
derek@derekhendersonlaw.com