UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES ALRIDGE, RELATOR,<br>on behalf of UNITED STATES<br>OF AMERICA, | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | CIVIL ACTION NO.<br>1:16-cv-369-HTW-LGI (FCA Action) |
| | )<br>) | |
| CORPORATE MANAGEMENT, INC.;<br>STONE COUNTY HOSPITAL, INC.;<br>TED CAIN; JULIE CAIN;<br>and THOMAS KULUZ | )<br>)<br>)<br>) | Related Cases:<br><br>1:20-CV-321–HTW–MTP (consolidated)<br>1:22-CV-11-HTW-BWR (consolidated) |
| | )<br>) | |
| Defendants. | ) | |

## ORDER GRANTING RECEIVER'S MOTION TO WAIVE REPORTS

THIS MATTER COMES before the Court upon Receiver's Motion to Waive Reports (Docket No. 880). The Court finds that the Motion is well taken and should be granted. The Court finds as follows:

1.

On July 25, 2023, an Order Appointing Receiver was entered by the Court in this proceeding (Docket No. 675) ("Receiver Order"). Pursuant to said Order, Derek A. Henderson was appointed the Receiver over Ted Cain's personal and joint family assets, and over all entities owned, controlled and/or managed by Ted Cain in whole or in part, directly or indirectly pursuant to Federal Rule of Civil Procedure 66, 28 U.S.C. §3103 and its inherent equitable authority ("Henderson" or "Receiver").

2.

This Court has the authority under 28 U.S.C. §3103 and its inherent equitable authority to appoint a receiver and grant other relief necessary and appropriate to affect the efficient, orderly, and

fair distribution of Ted Cain's Assets and the Cain Entities (collectively "Cain Assets").

3.

The appointment of a receiver was necessary to control and preserve the Ted Cain Assets and the Ted Cain Entities. On August 16, 2023, the Court entered its Order Regarding Receiver Powers and Other Relief ("Receivership Order") (Docket No. 685) which provides that no party shall dispose of Cain Assets without the consent of the Receiver.

4.

Pursuant to the Receivership Order, the Receiver is to provide reports. The Receiver previously filed a Motion to Waive Report (Docket No. 772). An Order was entered Granting the Motion (Docket No. 774). This Order was limited to the time of March 2024. There is no need to continue to incur the cost and expense of reports to be provided to the Cain Defendants. The Receiver requests that the filings of all reports be waived.

THEREFORE, IT IS ORDERED that the Receiver's Motion to Waive Reports (Docket No. 880) is hereby granted. Unless otherwise ordered by the Court, the Receiver will not be required to prepare and file further reports. The request of all reports included in the Receivership Order are hereby waived.

SO ORDERED, this the 24th day of ___March___, 2026.

_____
Honorable Henry T. Wingate
U.S. District Court Judge

Submitted by:

s/Derek A. Henderson
Derek A. Henderson, MS Bar #2260
Receiver and Attorney for Receiver
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com

Page -2-